# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **IVETTE ORTIZ ZAYAS** | CASE NO: **14-08238-EAG** |
| Debtor(s) | Chapter 13 |

## TRUSTEE'S NO OBJECTION TO PROPOSED POST CONFIRMATION PLAN MODIFICATION UNDER SECTION 1329

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$107.00**   Paid Pre-Petition: **$107.00**   Outstanding (Through the Plan): **$0.00**

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1329**

Debtor(s) Income is (are) ☑ Under ☐ Above Median Income     Liquidation Value: **$$140.00**

Commitment Period is   ☑ 36 months  ☐ 60 months §1325(b)(1)(B)   General Unsecured Pool: **$0.00**

With respect to the Proposed "PCM": Dated May 16, 2016  **(Dkt 113)**   Plan Base: **$ 45,115.00**

The Trustee:   ☑ **DOES NOT OBJECT**  ☐ **OBJECTS**  Plan Confirmation   Gen. Uns. Approx. Dist.: 22 %

**\*OTHER COMMENTS / OBJECTIONS**

NONE

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: May 20, 2016

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 26   Last Claim Verified: 7   CMC: