IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 14-08238 EAG |
| IVETTE ORTIZ ZAYAS | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S MOTION IN COMPLIANCE WITH *ORDER*
DOCKET NO. 147**

TO THE HONORABLE COURT:

NOW COMES, **IVETTE ORTIZ ZAYAS,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On September 12, 2017, the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 144, requesting the dismissal of the present Chapter 13 case on the grounds that the Debtor had failed to maintain current Plan payments to the Trustee.

2. On October 23, 2017, the Debtor filed a *Reply to Trustee's Motion to Dismiss*, Docket No. 143, stating that the Debtor had partially cured the Plan arrears and requesting additional time to cure the balance on said arrears.

3. On November 30, 2017, this Honorable Court issued the following *ORDER* (Docket No. 147):

**ORDER**:

"Debtor is ordered within 14 days to cure the remaining arrears as reflected in the Trustee's Report. Order due by 12/14/2017." *ORDER*, Docket No. 147.

4. The Debtor respectfully submits that due to a general failure in telecommunications in Puerto Rico, the Debtor was unable to timely inform and provide

Page – 2-
Debtor's Motion in Compliance with Order
Case no. 14-08238 EAG13

evidence to her undersigned attorney that the Debtor had cured the arrears within the required period of time (14 days) pursuant to this Honorable Court's ORDER, Docket NO. 147, in order to timely comply with this Court's ORDER, Docket No. 147.

5. The Debtor respectfully states that she did cure the Plan arrears, in the above captioned case. However, the Trustee's Report still reflects a $715.00 payment in arrears which is the Plan payment which became due on December 03, 2017. Attached is copy of Trustee's Report dated December 19, 2017.

6. The Debtor respectfully proposes to pay the current December/2017 Plan payment on or before December 29, 2017.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion in compliance with this Honorable Court's ORDER, Docket No. 147, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Jose Ramon Carrion Morales, Esq. and other CM/ECF participants; I also certify that a copy of this motion was sent via US Mail to Ivette Ortiz Zayas PO Box 2055 Salinas PR 00751.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 19th day of December, 2017.

/s/ Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
IVETTE ORTIZ ZAYAS

CASE NO. 14-08238-EAG

CHAPTER 13

DEBTOR (S)

TRUSTEE'S REPORT REGARDING THE STATUS
OF CHAPTER 13 PLAN PAYMENTS

TO THE HONORABLE COURT:

   José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, very respectfully alleges and prays:

   1. The Trustee hereby provides a report regarding the status of the Chapter 13 Plan payments in this case.

   2. As of December 04, 2017 our record of payments received in this case reflects the following:

   - Total Paid in:        $27,955.00
   - Balance on Hand:      $2,835.00
   - Last Payment date:    November 21, 2017
   - Last Payment Amount:  $715.00
   - Amount in Default:    $1,430.00
   - Plan Date:            May 16, 2016

   3. If debtor(s) have paid an amount greater than the amount stated above, then please provide the Office of the Chapter 13 Trustee with evidence of the payments totaling a different amount.

   WHEREFORE, the Chapter 13 Trustee respectfully prays that this information provided herein be taken in consideration in the pertinent proceedings before this Honorable Court.

   I HEREBY CERTIFY that on this date I notified a true copy of this document to the Debtor(s) to her/his/their address of record by first-class mail, and by electronic means (CM/ECF System) to her/his/their attorney of record.

   In San Juan, Puerto Rico this Monday, December 4, 2017.

/s/ Nannette Godreau
Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884,
San Juan, P.R. 00902-3884
Tel (787) 977-3535
FAX (787) 977-3550