UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>IVETTE ORTIZ ZAYAS<br><br>XXX-XX-7691<br><br>DEBTOR (S) | CASE NO. 14-08238-EAG<br><br>CHAPTER 13 |

TRUSTEE'S MOTION TO WITHDRAW
MOTION TO DISMISS (Docket No. 157 )

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. After due consideration the Trustee hereby inform that he has no further interest in prosecuting the dismissal of this case and wishes to withdraw, without prejudice, the motion requesting such remedy.

WHEREFORE the Trustee respectfully prays that this motion be granted without prejudice, and that the above referred Motion to Dismiss be deemed withdrawn for the reasons herein set forth.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Wednesday, January 2, 2019.

/s/ Jose R. Carrion

JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550