IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 14-08238-EAG13 |
| IVETTE ORTIZ ZAYAS | Chapter 13 |
| xx-xx-7691 | |
| Debtor | FILED & ENTERED ON JAN/04/2019 |

ORDER GRANTING WITHDRAWAL OF MOTION

Trustee's motion withdrawing (docket entry #161):

    [x] the motion to dismiss (docket entry #157)

    [ ] the objection to claim #   filed by

    [ ] the motion to lift stay

    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 4 day of January, 2019.

*Edward A. Godoy*
United States Bankruptcy Judge