IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>IVETTE ORTIZ ZAYAS<br><br><br><br>xx-xx-7691<br><br><br><br>Debtor | CASE NO. 14-08238-EAG13<br><br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON 2/28/2019 |

ORDER TO SHOW CAUSE

Debtor is ordered to show cause within fourteen (14) days as to why this case should not be dismissed for failure to comply with the Court's order at docket entry #168. Order due by March 14, 2019.

SO ORDERED.

In Ponce, Puerto Rico, this 28 day of February, 2019.

Edward A. Godoy
United States Bankruptcy Judge